ABRAM L. GIBBS, Appellant, *v.* HOME INSURANCE CO., NEW YORK, Defendant, and ARCHIBALD TAYLOR CO., INC., Respondent.

Submitted January 10, 1938; decided January 18, 1938.

*John Bright* for motion.

*Morris M. Oppenheim* opposed.

Motion granted and appeal dismissed unless appellant files and serves undertaking on appeal within ten days, in which event the motion is denied. This court has no power to dispense with the undertaking required by section 593 of the Civil Practice Act.